IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BIANCA WEBBER,<br><br>Plaintiff,<br><br>v.<br><br>LEE ANN BENNETT; ERIC KOMITEE; EUGENE J. CORCORAN; LAURA TAYLOR SWAIN; EDGARDO RAMOS; ARUN SUBRAMANIAN; and EDWARD A. FRIEDLAND,<br><br>Defendants. | ) | CV 126-153 |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** the case and **CLOSES** this civil action.

SO ORDERED this 25th day of August, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA